**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 09-CR-20608-MOORE

UNITED STATES OF AMERICA,

vs.

AMAURY RODRIGUEZ,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Amaury Rodriguez (ECF No. 130). Upon referral from District Court Judge K. Michael Moore, the matter was set for a telephonic status conference (ECF No. 131).

A status conference was conducted on July 30, 2021, for the purpose of scheduling an evidentiary hearing. Defendant, through counsel, indicated that he may be admitting the violations and sought additional time to decide whether an evidentiary hearing would be necessary. A subsequent hearing was set for August 20, 2021, again for the purpose of scheduling an evidentiary hearing, should one be required.

On August 20, 2021, Defendant filed a Notice of Intent to Admit Supervised Release Violation. In the filing, Defendant, through counsel, gives notice that he intends to admit the sole allegations that form the basis of the violation in the pending Petition (ECF No. 135).

Accordingly, and upon Defendant's Notice of Intent to Admit, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt on the violation asserted in the Petition and set the matter for final revocation hearing.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 25th day of August, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:  The Honorable K. Michael Moore
     Counsel of record
     USPO Raymond S. Gravie